FREDERICK HESS, as Administrator of the Estate of CHARLES HESS, Deceased, Respondent, *v.* BERNHEIMER & SCHWARTZ PILSENER BREWING COMPANY, Appellant, Impleaded with Others.

(Submitted January 29, 1917; decided February 6, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 415.)